**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES RYAN,

Plaintiff,

.                                                                  Case No. 6:11-cv-166-Orl-18DAB

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: March 9, 2011                         Respectfully submitted,


                                             /s Andrew I. Glenn
                                             Andrew I. Glenn
                                             E-mail:  AGlenn@cardandglenn.com
                                             Florida Bar No.:  577261
                                             J. Dennis Card, Jr.
                                             E-mail:DCard@cardandglenn.com
                                             Florida Bar No.  0487473
                                             Card & Glenn, P.A.
                                             2501 Hollywood Boulevard, Suite 100
                                             Hollywood, Florida 33020
                                             Telephone:  (954) 921-9994
                                             Facsimile:   (954) 921-9553
                                             Attorneys for Plaintiff