UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES RYAN,

Plaintiff,

-vs-     Case No. 6:11-cv-166-Orl-18DAB

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

Defendant.

## ORDER

On March 9, 2011 the plaintiff filed a Notice of Voluntary Dismissal With Predjudice (Doc. No. 7). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida, this 21 day of March, 2011.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record